(No. 6597)

RUTH FEATHER ALLISON, Executrix of RAYMOND FEATHER, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed July 14, 1972.*

ARNOLD AND KADJAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.